

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00113-CV

Ruby Ann **MARMOLEJO**,
Appellant

v.

Luis **DAVALOS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV04978
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
               Patricia O. Alvarez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: September 27, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by July 20, 2023; however, neither the brief nor a motion for extension of time was filed. Therefore, on August 25, 2023, this court ordered appellant to file, no later than September 5, 2023, its brief and a written response reasonably explaining: (1) its failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if she failed to timely file a brief and the written response by September 5, 2023, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary

- 2 -

dismissal if appellant fails to comply with court order). Appellant did not respond to our August 25th order. We dismiss this appeal for want of prosecution.

PER CURIAM